**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

KARA M. LACEY,

           Plaintiff,

v.

STARBUCKS CORPORATION d/b/a
STARBUCKS COFFEE COMPANY, LTD.,
and VRE ALAMOSA, LLC

           Defendant.

---

## NOTICE OF REMOVAL

---

      Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Starbucks Corporation

("Starbucks") and VRE Alamosa, LLC ("VRE," and collectively with Starbucks, "Defendants")

hereby give Notice of Removal of Plaintiff's Complaint and Jury Demand ("Complaint") from

the District Court, Alamosa County, Colorado to the United States District Court for the District

of Colorado.  As grounds for this removal, Defendants state as follows:

      1.      On or around February 11, 2019, Plaintiff Kara M. Lacey ("Plaintiff") filed her

personal injury Complaint against Defendants in the District Court, Alamosa County, Colorado,

Case No. 2019CV30012 ("State Court Action").  A copy of the Complaint is attached as

**Exhibit A**.

      2.      On February 13, 2019, Plaintiff served Defendants with a copy of the Complaint

by personal service.

3.     A United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."  28 U.S.C. § 1332(a).

4.     For the purposes of 28 U.S.C. § 1332, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."  28. U.S.C. § 1332(c).

5.     According to the second paragraph of the Complaint, Plaintiff is currently a Pennsylvania resident.  (Ex. A, ¶ 2).

6.     Defendant Starbucks is a foreign corporation.  A copy of the Washington Secretary of State Business Profile is attached as **Exhibit B**.  Specifically, Starbucks is a Washington corporation in good standing with its principal place of business located at 2401 Utah Ave. S, MS: S-LA1, Suite 800, Seattle, Washington 98134-1436.

7.     Defendant VRE is a foreign corporation.  A copy of the Texas Secretary of State Business Profile is attached as **Exhibit C**.  Specifically, VRE is a Texas limited liability company in good standing with its principal place of business located at 1211 S. White Chapel Boulevard, Southlake, Texas 76092-9303.

8.     Defendants have timely filed this Notice within thirty days of the date on which Plaintiff first served them with a copy of the initial Complaint.  28 U.S.C. § 1446(b).

9.     Based on the foregoing, complete diversity exists between Plaintiff and Defendants.  28 U.S.C. § 1332(a)(1).

10.     According to Plaintiff's Complaint, as a result of the subject incident, Plaintiff suffered bodily injury, permanent scarring, mental anguish, loss of capacity for the enjoyment

of life, and pain and suffering. (Ex. A, ¶ 42). This includes allegedly permanent disfigurement to her chin, neck, and chest due to second degree burns and associated thermal burns. Plaintiff has asserted that she is entitled to at least $100,000 for her alleged injuries.

11.     Venue is proper in the United States District Court for the District of Colorado because it embraces the location where the State Court Action is pending. *See* 28 U.S.C. § 1446(c).

12.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. The parties are completely diverse, the amount in controversy exceeds $75,000, and venue is proper in this Court.

13.     Accordingly, the above-entitled action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446.

14.     This Notice is timely pursuant to 28 U.S.C. § 1446(b) in that it has been filed within thirty days of the date on which Defendants first received a copy of Plaintiff's initial pleading setting forth the claim for relief upon which the action is based.

15.     According to 28 U.S.C. § 1446, a State Court Pleading Index is attached as **Exhibit D**. All referenced documents and other served papers in this case will be uploaded as required, and constitute, to the best of Defendants' knowledge, all process, pleadings and orders as of this date. Further, pursuant to Local Rule 81.1(c), Defendants state that there are no hearings pending in the State Court Action.

16.     In accordance with 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed contemporaneously with the Clerk of the District Court, Alamosa County, Colorado. A copy of the "Notice of Filing Notice of Removal" is attached as

**Exhibit E**.

17.     Defendants specifically reserve all of their rights under the applicable law. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants will present their defenses by pleading at the time prescribed therein, and specifically reserve their rights to assert any and all defenses in this case, including, but not limited to, any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure.  Nothing in this Notice of Removal is intended as a waiver or relinquishment of such rights.

18.     Undersigned counsel certifies that copies of this Notice of Removal will be promptly provided to all other parties after filing of the Notice.

19.     The Complaint is hereby removed by Defendants from the District Court, Alamosa County, Colorado to the United States District Court for the District of Colorado.

Dated: March 8, 2019

Respectfully submitted,


*s/ Michiko A. Brown*
Michiko A. Brown
Abigail S. Wallach
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  303-892-9400
Facsimile:  303-893-1379
Email:   miko.brown@dgslaw.com
        abbey.wallach@dgslaw.com

*Attorneys for Defendants Starbucks*
*Corporation and VRE Alamosa, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of March, 2019, a true and correct copy of the foregoing was served upon the following in the manner indicated below:

| | |
|---|---|
| Patrick J. Collins | (  ) First Class Mail |
| Patrice B. Collins | (  ) Hand Delivery |
| COLLINS & COLLINS, LLC | (  ) Facsimile |
| 700 17th Street, Suite 1820 | (  ) Overnight Delivery |
| Denver, CO 80202 | (  ) CM/ECF E-Filing System |
| Telephone:  303.296.7700 | ( x ) E-Mail |
| Facsimile:  303.295.7160 | |
| Email: pcollins@lawcc.us | |

*Attorneys for Plaintiff*

/s/ *Bernadette Marquez*
Bernadette Marquez